UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TODD BLAIS,**

   *Plaintiff*,

   v.                                         Case Number: **8:24-cv-95-WFJ-NHA**

**BILATERAL CREDIT CORP, LLC,**

   *Defendant.*

_____/

**NOTICE OF SETTLEMENT**

COMES NOW, the Plaintiff, Todd Blais, to notify this court pursuant to Local Rule 3.09 that he has reached a settlement with Defendant Bilateral Credit Corp, LLC. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant Bilateral Credit Corp, LLC, with prejudice.

Dated June 11, 2024,

                                                 /s/ *Brandon D. Morgan*
                                                 Brandon D. Morgan, Esq.
                                                 Florida Bar Number: 1015954
                                                 Seraph Legal, P. A.
                                                 2124 W. Kennedy Blvd., Suite A
                                                 Tampa, FL 33606
                                                 (813) 567-3434
                                                 bmorgan@seraphlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

                                                 /s/ *Brandon D. Morgan*
                                                 Brandon D. Morgan, Esq.
                                                 Florida Bar Number: 1015954